IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MIYORA JENA BARNER-GREENWELL,

    Plaintiff,

v.                                    CASE NO. 4:24cv106-RH-MAF

EXPERIAN INFORMATION SOLUTIONS
INC. et al.,

    Defendants.

_____/

## ORDER OF DISQUALIFICATION

    I disqualify myself from this case.

    SO ORDERED on March 4, 2024.

                                          s/Robert L. Hinkle
                                          United States District Judge