UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MIYORA BARNER-GREENWELL,

    Plaintiff,

v.                                                                                    4:24cv106–WS/MAF

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, and TRANS UNION,
LLC,

    Defendants.

_____

## ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (ECF No. 25). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery shall be commenced in time to be completed by December 23, 2024.

3. Potentially dispositive motions, if any, shall be filed by February 20, 2025.

4. Plaintiff's counsel shall advise the court on or before December 23, 2024, whether and when the parties will attend mediation.

DONE AND ORDERED this ___18th___ day of ___June___, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE